

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00275-CV

**IN THE INTEREST OF E.J.C.**, S.R.C., and E.D.C., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00862
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs of court are taxed in this appeal.

SIGNED October 23, 2019.

_____
Patricia O. Alvarez, Justice